UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE GRIFFEY, )<br>)<br>Defendant. )<br>) | Criminal Action No. 6:19-CR-010-CHB-06<br><br>**ORDER ADOPTING RECOMMENDATION OF ACCEPTANCE OF GUILTY PLEA** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram [R. 168]. At this hearing Defendant Griffey personally consented to plead before the United States Magistrate Judge and to the Magistrate Judge conducting a Rule 11 hearing and making a recommendation concerning plea acceptance. Defendant Griffey advised the Court of his desire to enter a plea of guilty to Count 1 of the Indictment pursuant to a Fed. R. Crim. P. 11(c) plea agreement. *See* [R. 166] Magistrate Judge Ingram found that the Defendant pled guilty in a knowing, voluntary, and intelligent fashion. [R. 168 at p. 2] He recommended that the Court accept Defendant Griffey's guilty plea and adjudge him guilty of Count 1 of the Indictment. *Id.*

The Recommendation instructed the parties to file any specific written objections within three (3) days, or else waive the right to further review. *See id.* at p. 3. Neither party has objected to Magistrate Judge Ingram's recommendation, and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant George Griffey knowingly and competently pled guilty to Count 1 of the Indictment and that an adequate factual basis supports

the plea as to each essential element of the offenses charged. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [**R. 168**] is **ADOPTED** as and for the Opinion of this Court;

2. Defendant George Griffey is **ADJUDGED** guilty of Count 1 of the Indictment;

3. The Defendant's Jury Trial and all other pre-trial proceedings are hereby **CANCELLED** and **STRICKEN** from the Court's docket, as to this defendant only; and

4. A Sentencing Order shall be entered promptly.

This the 27th day of August, 2019.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY